

**United States District Court**
**For the District of Columbia**

FILED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THE WASHINGTON GROUP, INC. )<br>)<br>)<br>      Plaintiff )<br>vs )<br>HARRY SPORIDIS )<br>)<br>      Defendant ) | Case: 1:07-cv-01892<br>Assigned To : Walton, Reggie B.<br>Assign. Date : 10/19/2007<br>Description: TRO/PI |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  The Washington Group, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  The Washington Group, Inc.  which have any outstanding securities in the hands of the public:

The Washington Group, Inc. is wholly owned by Ketchum Inc., a privately held corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

447052
BAR IDENTIFICATION NO.

Elizabeth A. Lalik
Print Name

1650 Tysons Blvd., Suite 700
Address

McLean      VA      22102
City        State   Zip Code

703-442-3131
Phone Number

2