UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1892 (RBW) |
| ) | |
| HARRY SPORIDIS, ) | |
| Defendant. ) | |

### ORDER

The parties appeared for a hearing on the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction on October 22, 2007. Upon consideration of the pleadings, the supporting memoranda submitted by the parties, the arguments counsel presented to the Court, and consistent with the Court's oral rulings from the bench, it is hereby this 22nd day of October, 2007,

**ORDERED** that the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**. It is further

**ORDERED** that limited discovery in preparation for a hearing on the plaintiff's request for a preliminary injunction shall be concluded by November 5, 2007. It is further

**ORDERED** that the plaintiff must file its supplemental motion for a preliminary injunction by November 6, 2007, and the defendant must file its supplemental opposition by November 8, 2007. It is further

**ORDERED** that a hearing on the plaintiff's motion for a preliminary injunction shall be held on November 9, 2007 at 2:00 p.m. in courtroom 16 before the Honorable Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W.,

Washington, D.C. 20001.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge