UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>HARRY SPORIDIS, )<br>)<br>Defendant. ) | Case No. 1:07CV01892<br>Judge Reggie B. Walton |

## MOTION TO ADMIT THOMAS J. FLAHERTY *PRO HAC VICE*

NOW COMES Elizabeth A. Lalik, Esquire of Littler Mendelson, P.C., a member in good standing of the District of Columbia Bar and the United States District Court of the District of Columbia, and moves this court for an order admitting Thomas J. Flaherty of Littler Mendelson, P.C. to practice before this court *pro hac vice* on behalf of Plaintiff in the above-referenced matter. In support of this motion, attached is the Declaration by the non-member, Thomas J. Flaherty, as required by Local Rule 83.2.

Dated: November 8, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____/s/_____
Elizabeth A. Lalik (#447052)
Thomas J. Flaherty
LITTLER MENDELSON, P.C.
1650 Tysons Blvd.
Suite 700
McLean, VA 22102
Phone: (703)442-8425

and

David S. Greenberg
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4895

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>HARRY SPORIDIS, )<br>)<br>Defendant. ) | Case No. 1:07CV01892<br>Judge Reggie B. Walton |

### DECLARATION OF THOMAS J. FLAHERTY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, THOMAS J. FLAHERTY, do hereby state as follows:

1. I am a shareholder with the law firm of Littler Mendelson, P.C. My office address is 1650 Tysons Boulevard, Suite 700, McLean, VA 22102. My office telephone number is 703-442-8425.

2. I am admitted to the Bars of the Commonwealth of Virginia, the Commonwealth of Massachusetts, the State of Maryland and the United States District Courts therein, the First, Third, Fourth, Fifth, and Sixth U.S. Circuit Courts of Appeal, and the U.S. Supreme Court. I have not been admitted *pro hac vice* in this Court within the last two years.

3. I am a member in good standing of each of the Bars identified above. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred, or resigned from the practice of law in any jurisdiction.

4.   I consent to be subject to the jurisdiction and rules of the District of Columbia Superior Court governing professional conduct and the local rules of the United States District Court for the District of Columbia.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2007

_____
Thomas J. Flaherty

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE WASHINGTON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07CV01892 |
| | ) | Judge Reggie B. Walton |
| | ) | |
| v. | ) | |
| | ) | |
| HARRY SPORIDIS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon motion and for good cause shown, and pursuant to Local Rule 83.2, it is ordered that attorney Thomas J. Flaherty is hereby admitted *pro hac vice* in the above-captioned action. Elizabeth A. Lalik, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.2.

Dated: _____        _____
                                                               U.S. District Judge Reggie B. Walton

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Defendant's Motion for Admission *Pro Hac Vice* was served upon was served this served this 8th day of November via through electronic mail, via ECF Filing upon:

Alan Strasser, Esq.
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411-L
Washington, D.C. 20006

*Attorneys for Defendant*

/s/
Elizabeth A. Lalik