UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WASHINGTON GROUP, INC.,   )
                                         )
              Plaintiff,     )     Case No. 1:07CV01892
                                         )     Judge Reggie B. Walton
                                       )
        v.                     )
                                       )
HARRY SPORIDIS,           )
                                       )
            Defendant.   )

**MOTION TO ADMIT DAVID S. GREENBERG *PRO HAC VICE***

NOW COMES Elizabeth A. Lalik, Esquire of Littler Mendelson, P.C., a member in good standing of the District of Columbia Bar and the United States District Court of the District of Columbia, and moves this court for an order admitting David S. Greenberg of Davis & Gilbert, LLP to practice before this court *pro hac vice* on behalf of Plaintiff in the above-referenced matter. In support of this motion, attached is the Declaration by the non-member, David S. Greenberg, as required by Local Rule 83.2.

Dated: November 8, 2007                Respectfully submitted,

                                       LITTLER MENDELSON, P.C.

                                   By:

                                           /s/
                                         Elizabeth A. Lalik (#447052)
                                         Thomas J. Flaherty
                                         LITTLER MENDELSON, P.C.
                                         1650 Tysons Blvd.
                                         Suite 700
                                         McLean, VA 22102
                                         Phone: (703)442-8425

                                         and

David S. Greenberg
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4895

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WASHINGTON GROUP, INC.,   )
                          )
         Plaintiff,   )   Case No. 1:07CV01892
                          )   Judge Reggie B. Walton
                          )
      v.                 )
                          )
HARRY SPORIDIS,          )
                          )
        Defendant.   )

## DECLARATION OF DAVID S. GREENBERG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, DAVID S. GREENBERG, do hereby state as follows:

1.      I am an associate with the law firm of Davis & Gilbert, LLP. My office address is 1740 Broadway, New York, NY 10019. My office telephone number is (212) 468-4895.

2.      I am admitted to the Bars of the State of New York. I am also admitted to the Bars of the United States District Courts for the Southern and Eastern Districts of New York.

3.      I am a member in good standing of each of the Bars identified above. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred, or resigned from the practice of law in any jurisdiction.

4.      I consent to be subject to the jurisdiction and rules of the District of Columbia Superior Court governing professional conduct and the local rules of the United States District Court for the District of Columbia. I have not previously been admitted *pro hac vice* in this Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 7, 2007

David S. Greenberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WASHINGTON GROUP, INC.,     )
                                )
                 Plaintiff,     )     Case No. 1:07CV01892
                                )     Judge Reggie B. Walton
                                )
        v.                      )
                                )
HARRY SPORIDIS,                 )
                                )
                 Defendant.     )

## ORDER

Upon motion and for good cause shown, and pursuant to Local Rule 83.2, it is ordered that attorney David S. Greenberg is hereby admitted *pro hac vice* in the above-captioned action. Elizabeth A. Lalik, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.2.

Dated: _____          _____
                                         U.S. District Judge Reggie B. Walton

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Defendant's Motion for Admission *Pro Hac Vice* was served upon was served this served this 8th day of November via through electronic mail, via ECF Filing upon:

Alan Strasser, Esq.
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411-L
Washington, D.C.  20006

*Attorneys for Defendant*


_____/s/_____
Elizabeth A. Lalik