IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**HARRY SPORIDIS,**<br><br>Defendant. | Civil Action No.<br><br>1:07-cv-1892(RBW) |

**JOINT MOTION TO SEAL CERTAIN EXHIBITS**

Comes now defendant Harry Sporidis, through undersigned counsel, and moves this Court to seal as confidential three exhibits (Exhibits one, two and fourteen) submitted in support of Defendant's Memorandum Of Law In Opposition To Plaintiff's Motion For A Preliminary Injunction. In support of this motion, which The Washington Group joins, we rely on the attached memorandum.

Respectfully submitted,

Dated:   December 17, 2007            /s/ *Alan D. Strasser*
　　　　　　　　　　　　　　　　　　Alan D. Strasser         (Bar No. 967885)
　　　　　　　　　　　　　　　　　　Kathryn S. Zecca         (Bar No. 457244)
　　　　　　　　　　　　　　　　　　Rachel Li Wai Suen      (Bar No. 500527)
　　　　　　　　　　　　　　　　　　ROBBINS, RUSSELL, ENGLERT,
　　　　　　　　　　　　　　　　　　ORSECK, UNTEREINER & SAUBER LLP
　　　　　　　　　　　　　　　　　　1801 K St NW Ste 411
　　　　　　　　　　　　　　　　　　Washington DC  20006
　　　　　　　　　　　　　　　　　　Phone: (202) 775-4500
　　　　　　　　　　　　　　　　　　Fax: (202) 775-4510

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Harry Sporidis*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.**, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **HARRY SPORIDIS**, : <br> : <br> Defendant. : | **Civil Action No.** <br><br> **1:07-cv-1892(RBW)** |

### MEMORANDUM IN SUPPORT OF
### MOTION TO SEAL CERTAIN EXHIBITS

Defendant requests that the Court seal as confidential three exhibits—numbers one, two, and fourteen—attached to Defendant's Memorandum Of Law In Opposition To Plaintiff's Motion For A Preliminary Injunction. Exhibit one contains confidential commercial information concerning the relationship between The Washington Group and its former client, Mentor Corporation. Exhibit Two contains an excerpt from an internal personnel memo that reveals confidential commercial information about another former client of The Washington Group, namely the American Society for Clinical Oncology ( ASCO), as well as information about ASCO's legislative strategy. Exhibit fourteen contains the engagement letter between ASCO and Ketchum Public Affairs, the parent company of The Washington Group, which contains confidential commercial information. The Washington Group, which produced these documents in discovery, marked them as confidential in discovery and joins in the request to seal the exhibits.

The Court has the unmistakable authority to seal the documents under Fed. R.. Civ. P. 26(c)(1)(G). "'Although the Rule contains no specific reference to privacy or to

other rights or interests that may be implicated, such matters are implicit in the broad purpose and language of the Rule.'" *Tavoulareas* v. *Washington Post,* 111 F.R.D. 653, 661 (D.D.C. 1986) (quoting *Seattle Times Co.* v. *Rhinehart,* 467 U.S. 20, 35 n.21 (1984)). "The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, *but not limited* to, trade secrets or other confidential research, development, or commercial information." *Phillips* v. *Gen. Motors Co.*, 307 F.3d 1206, (9th Cir. 2002) (emphasis in original).

    We note that these documents were produced in discovery under extreme time pressure. The Court granted the request of The Washington Group for expedited discovery and expedited briefing on plaintiff's request for a preliminary injunction. Furthermore, the Court directed the expedited filing of motion papers related to the request for injunctive relief. The parties did not have time to submit to the Court a proposed protective order, nor to seek an advanced ruling on whether these documents could be submitted under seal. Accordingly, the parties now request that the Court seal these exhibits. We have attached a Proposed Order.

    Respectfully submitted,

Dated: December 17, 2007

/s/ *Alan D. Strasser*
Alan D. Strasser    (Bar No. 967885)
Kathryn S. Zecca    (Bar No. 457244)
Rachel Li Wai Suen    (Bar No. 500527)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K St NW Ste 411
Washington DC 20006
Phone: (202) 775-4500
Fax: (202) 775-4510

*Attorneys for Defendant Harry Sporidis*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**HARRY SPORIDIS,**<br><br>    Defendant. | Civil Action No.<br><br>**1:07-cv-1892(RBW)** |

**ORDER ON MOTION TO SEAL CERTAIN EXHBITS**

This matter comes before the Court on the joint motion of the parties to seal three exhibits—exhibits one, two, and fourteen—attached to Defendant's Memorandum Of Law In Opposition To Plaintiff's Motion For A Preliminary Injunction. Having considered the joint motion and supporting memorandum, it is hereby ORDERED that those exhibits should be sealed pending further order of the Court.

SIGNED this _____ day of _____, 200_.

UNITED STATES DISTRICT JUDGE