UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON GROUP, INC., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>HARRY SPORIDIS, )<br>Defendant. )<br>_____) | Civil Action No. 07-1892 (RBW) |

**ORDER**

The parties appeared before the Court on January 22, 2008, for an initial scheduling conference. Based upon the ruling rendered at this hearing, it is on this 22nd day of January, 2008, hereby

**ORDERED** that discovery limited to the exchange of documents shall be completed by February 26, 2008. It is further

**ORDERED** that this case shall be referred to a Magistrate Judge for settlement discussions for the period commencing on February 25, 2008 and concluding on April 25, 2008, unless a request for an extension of the settlement discussion period is requested by the parties. It is further

**ORDERED** that the parties appear before the Court on May 2, 2008 at 9:15 a.m., if this case has not settled.

**SO ORDERED**.

/s/_____
  REGGIE B. WALTON
  United States District Judge