IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　-against-<br><br>**HARRY SPORIDIS,**<br><br>　　　　　**Defendant.** | No. 1:07-cv-01892-RBW |

### CONSENT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

　　　　Plaintiff The Washington Group, Inc., through counsel, hereby moves the Court for an Order rescheduling the settlement conference presently scheduled in this case for February 29, 2008 with Magistrate Judge Deborah A. Robinson to March 26, 2008 at 9:30 a.m. In support of this motion, the parties respectfully state the following:

　　　　1.　　On January 23, 2008, this Court issued a Scheduling Order referring the case to a Magistrate Judge for settlement discussions.

　　　　2.　　On January 28, 2008, this Court set the settlement conference in this case for February 29, 2007 before Magistrate Judge Deborah A. Robinson.

　　　　3.　　Plaintiff requests the rescheduling of the settlement conference based on plaintiff's and plaintiff's counsel's scheduling conflicts.

　　　　4.　　Plaintiff has contacted Magistrate Judge Robinson's chambers and has received approval for the rescheduling of the settlement conference to March 26, 2008 at 9:30 a.m.

　　　　5.　　Counsel for both Plaintiff and Defendant consent to the filing of this motion on behalf of their clients.

WHEREFORE, the parties respectfully request this Court enter an Order rescheduling the settlement conference for March 26, 2008 at 9:30 a.m.

Dated: February 28, 2008

Respectfully submitted,

By: _____/s/_____

Elizabeth A. Lalik (Bar No. 447052)
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
(703) 286-3131 (Direct Dial)
(703) 442-8428 (Fax)

David S. Greenberg (*pro hac vice*)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4895 (Phone)
(212) 621-0940 (Fax)

*Counsel for The Washington Group, Inc.*

By: _____/s/_____
Alan D. Strasser
Kathryn S. Zecca
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER, LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
(202) 775-4500 (Phone)
(202) 775-4510 (Fax)

*Counsel for Defendant Harry Sporidis*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2008, a copy of the foregoing document was filed using the United States District Court for the District of Columbia's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Alan Strasser

/s/

Elizabeth A. Lalik

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>      **Plaintiff,**<br><br>-against-<br><br>**HARRY SPORIDIS,**<br><br>      **Defendant.** | No. 1:07-cv-01892-RBW |

## CONSENT ORDER

THIS MATTER CAME BEFORE THE Court on the parties' Consent Motion to reschedule settlement conference to March 26, 2008 at 9:30 a.m; it is hereby

ORDERED that the Consent Motion for Rescheduling of Settlement Conference be and it hereby is GRANTED. The settlement conference shall be set for March 26, 2008 at 9:30 a.m. with Magistrate Judge Deborah A. Robinson.

THE CLERK OF THE COURT shall forward copies of this Order to all counsel of record.

ENTERED this ___ day of February, 2008.

 

_____
JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2008, a copy of the foregoing document was filed using the United States District Court for the District of Columbia's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

    Alan Strasser

                                                       /s/

                                    Elizabeth A. Lalik