IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>        **Plaintiff,**<br><br>    -against-<br><br>**HARRY SPORIDIS,**<br><br>        **Defendant.** | No. 1:07-cv-01892-RBW |

## CONSENT MOTION TO EXTEND THE SETTLEMENT DISCUSSION PERIOD

With Defendant's consent, Plaintiff The Washington Group, Inc., through counsel, hereby moves the Court for a brief extension of time to hold the settlement conference ordered by the Court in its Initial Scheduling Order. In support of this motion, the parties respectfully state the following:

1. On January 22, 2008, this Court ordered the parties to participate in settlement discussions commencing on February 25, 2008 and concluding on April 25, 2008, unless the parties requested an extension of the settlement discussion period.

2. On January 23, 2008, this Court issued a Scheduling Order referring the case to a Magistrate Judge for settlement discussions.

3. On January 28, 2008, the settlement conference in this case was set for February 29, 2007 before Magistrate Judge Deborah A. Robinson.

4. Magistrate Judge Robinson rescheduled the settlement conference to March 26, 2008 on Plaintiff's Consent Motion to Reschedule.

5. On March 19, 2008, Magistrate Judge Robinson rescheduled the settlement conference for April 22, 2008 at 9:30 a.m.

6. Plaintiff's company representative will be out of town on a pre-planned vacation the week of April 21, 2008 and therefore unable to attend the conference on the rescheduled date.

7. Plaintiff has contacted Magistrate Judge Robinson's chambers and has received approval for the rescheduling of the settlement conference to May 1, 2008 at 2:00 p.m., pending this Court's granting of the extension of time to hold the settlement conference.

8. Counsel for Defendant consents to the filing of this Motion.

WHEREFORE, the parties respectfully request this Court enter an Order extending the period for settlement discussions to May 1, 2008.

Dated: April 3, 2008

Respectfully submitted,

By: _____/s/_____
Elizabeth A. Lalik (Bar No. 447052)
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
(703) 286-3131 (Direct Dial)
(703) 442-8428 (Fax)

David S. Greenberg (*pro hac vice*)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4895 (Phone)
(212) 621-0940 (Fax)

*Counsel for The Washington Group, Inc.*

By:_____/s/_____
Alan D. Strasser
Kathryn S. Zecca
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER, LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
(202) 775-4500 (Phone)
(202) 775-4510 (Fax)

*Counsel for Defendant Harry Sporidis*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of April, 2008, a copy of the foregoing document was filed using the United States District Court for the District of Columbia's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

          Alan Strasser
          Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
          1801 K Street, N.W., Suite 411
          Washington, D.C. 20006
          (202) 775-4500 (Phone)
          (202) 775-4510 (Fax)

          *Counsel for Defendant Harry Sporidis*

                                        /s/
                              Elizabeth A. Lalik

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>       **Plaintiff,**<br><br>  -against-<br><br>**HARRY SPORIDIS,**<br><br>       **Defendant.** | No. 1:07-cv-01892-RBW |

**ORDER**

THIS MATTER CAME BEFORE THE COURT on the parties' Consent Motion to extend the settlement discussion period through May 1, 2008; it is hereby

ORDERED that the Consent Motion to Extend the Settlement Discussion Period be and it hereby is GRANTED. The settlement discussion period shall extend through May 1, 2008.

THE CLERK OF THE COURT shall forward copies of this Order to all counsel of record.

ENTERED this ___ day of April, 2008.

                                                      _____
                                                      JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2008, a copy of the foregoing document was filed using the United States District Court for the District of Columbia's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

> Alan Strasser
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> (202) 775-4500 (Phone)
> (202) 775-4510 (Fax)
>
> *Counsel for Defendant Harry Sporidis*

/s/

Elizabeth A. Lalik
