IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　-against-<br><br>**HARRY SPORIDIS,**<br><br>　　　　**Defendant.** | No. 1:07-cv-01892-RBW |

## CONSENT MOTION TO RESCHEDULE THE SETTLEMENT CONFERENCE

With Defendant's consent, Plaintiff The Washington Group, Inc., through counsel, hereby moves the Court for an Order rescheduling the settlement conference presently scheduled in this case for April 22, 2008 with Magistrate Judge Deborah A. Robinson to May 1, 2008 at 2:00 p.m. In support of this motion, the parties respectfully state the following:

　　　1.　　On January 22, 2008, this Court ordered the parties to participate in settlement discussions commencing on February 25, 2008 and concluding on April 25, 2008, unless the parties requested an extension of the settlement discussion period.

　　　2.　　On January 23, 2008, this Court issued a Scheduling Order referring the case to a Magistrate Judge for settlement discussions.

　　　3.　　On January 28, 2008, this Court set the settlement conference in this case for February 29, 2007 before Magistrate Judge Deborah A. Robinson.

　　　4.　　Magistrate Judge Robinson rescheduled the settlement conference to March 26, 2008 on Plaintiff's Consent Motion to Reschedule.

　　　5.　　On March 19, 2008, Magistrate Judge Robinson rescheduled the settlement conference for April 22, 2008 at 9:30 a.m.

      6.      Plaintiff's company representative will be out of town on a pre-planned vacation the week of April 21, 2008 and therefore unable to attend the conference on the rescheduled date.

      7.      Plaintiff has contacted Magistrate Judge Robinson's chambers and has received approval for the rescheduling of the settlement conference to May 1, 2008 at 2:00 p.m., pending the Court's granting an extension of time to hold the settlement conference.

      8.      Counsel for Defendant consents to the filing of this Motion.

WHEREFORE, the parties respectfully request this Court enter an Order rescheduling the settlement conference for May 1, 2008 at 2:00 p.m.

Dated: April 3, 2008

Respectfully submitted,

| | |
|---|---|
| By: _____/s/_____ <br> Elizabeth A. Lalik (Bar No. 447052) <br> LITTLER MENDELSON, P.C. <br> 1650 Tysons Blvd., Suite 700 <br> McLean, Virginia  22102 <br> (703) 286-3131  (Direct Dial) <br> (703) 442-8428 (Fax) <br><br> David S. Greenberg (*pro hac vice*) <br> DAVIS & GILBERT LLP <br> 1740 Broadway <br> New York, NY 10019 <br> (212) 468-4895  (Phone) <br> (212) 621-0940  (Fax) <br><br> *Counsel for The Washington Group, Inc.* | By: _____/s/_____ <br> Alan D. Strasser <br> Kathryn S. Zecca <br> ROBBINS, RUSSELL, ENGLERT, <br> ORSECK, UNTEREINER & SAUBER, LLP <br> 1801 K Street, N.W., Suite 411 <br> Washington, D.C. 20006 <br> (202) 775-4500 (Phone) <br> (202) 775-4510 (Fax) <br><br> *Counsel for Defendant Harry Sporidis* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of April, 2008, a copy of the foregoing document was filed using the United States District Court for the District of Columbia's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

          Alan Strasser
          Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
          1801 K Street, N.W., Suite 411
          Washington, D.C. 20006
          (202) 775-4500 (Phone)
          (202) 775-4510 (Fax)

          *Counsel for Defendant Harry Sporidis*

                                                        /s/

                                          Elizabeth A. Lalik

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>  **Plaintiff,**<br><br> -against-<br><br>**HARRY SPORIDIS,**<br><br>  **Defendant.** | No. 1:07-cv-01892-RBW |

### ORDER

  THIS MATTER CAME BEFORE THE COURT on the parties' Consent Motion to reschedule the settlement conference for May 1, 2008 at 2:00 p.m.; it is hereby

  ORDERED that the Consent Motion to Reschedule the Settlement Conference be and it hereby is GRANTED. The settlement conference shall be set for May 1, 2008 at 2:00 p.m. with Magistrate Judge Deborah A. Robinson.

  THE CLERK OF THE COURT shall forward copies of this Order to all counsel of record.

  ENTERED this ___ day of April, 2008.

                   _____
                   JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2008, a copy of the foregoing document was filed using the United States District Court for the District of Columbia's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

> Alan Strasser
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> (202) 775-4500 (Phone)
> (202) 775-4510 (Fax)
>
> *Counsel for Defendant Harry Sporidis*

/s/

Elizabeth A. Lalik