IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>              **Plaintiff,**<br><br>   -against-<br><br>**HARRY SPORIDIS,**<br><br>              **Defendant.** | No. 1:07-cv-01892-RBW |

## CONSENT MOTION TO REMOVE INITIAL SCHEDULING CONFERENCE FROM THE DOCKET

The parties hereby jointly move the Court for an Order removing from the docket the Initial Scheduling Conference presently scheduled for June 9, 2008 at 9:30 a.m. before Judge Reggie B. Walton.

Dated: June 7, 2008

Respectfully submitted,

By: _____/s/_____  
Elizabeth A. Lalik (Bar No. 447052)  
LITTLER MENDELSON, P.C.  
1650 Tysons Blvd., Suite 700  
McLean, Virginia  22102  
(703) 286-3131  (Direct Dial)  
(703) 442-8428 (Fax)  

David S. Greenberg (*pro hac vice*)  
DAVIS & GILBERT LLP  
1740 Broadway  
New York, NY 10019  
(212) 468-4895  (Phone)  
(212) 621-0940  (Fax)  

*Counsel for The Washington Group, Inc.*

By: _____/s/_____  
Alan D. Strasser  
Kathryn S. Zecca  
ROBBINS, RUSSELL, ENGLERT,  
ORSECK, UNTEREINER & SAUBER, LLP  
1801 K Street, N.W., Suite 411  
Washington, D.C. 20006  
(202) 775-4500 (Phone)  
(202) 775-4510 (Fax)  

*Counsel for Defendant Harry Sporidis*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　-against-<br><br>**HARRY SPORIDIS,**<br><br>　　　　**Defendant.** | No. 1:07-cv-01892-RBW |

## ORDER

THIS MATTER CAME BEFORE THE COURT on the parties' Consent Motion to remove from the docket the Initial Scheduling Conference presently scheduled for June 9, 2008 at 9:30 a.m. before Judge Reggie B. Walton; it is hereby

ORDERED that the Consent Motion to Remove Initial Scheduling Conference from the Docket be and it hereby is GRANTED.

THE CLERK OF THE COURT shall forward copies of this Order to all counsel of record.

ENTERED this ___ day of June, 2008.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE