IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**HARRY SPORIDIS,**<br><br>**Defendant.** | No.  1:07-cv-01892-RBW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-entitled action is discontinued with prejudice in its entirety, including all claims for attorneys' fees and costs.

This Stipulation of Dismissal is contingent upon Defendant's payment in full of his obligations under the terms of the parties' Settlement Agreement and Release of All Claims.

It is further ordered that this action shall be, and hereby is DISMISSED with prejudice.

ENTERED:  This ___ day of June, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

The parties hereby agree to entry of this Order.

Dated this June ___, 2008

By: _____/s/_____  By: _____/s/_____
Elizabeth A. Lalik (Bar No. 447052)   Alan D. Strasser
LITTLER MENDELSON, P.C.               Kathryn S. Zecca
1650 Tysons Blvd., Suite 700          ROBBINS, RUSSELL, ENGLERT,
McLean, Virginia  22102               ORSECK, UNTEREINER & SAUBER, LLP
(703) 286-3131  (Phone)               1801 K Street, N.W., Suite 411
(703) 442-8428 (Fax)                  Washington, D.C. 20006
                                      (202) 775-4500 (Phone)
                                      (202) 775-4510 (Fax)
David S. Greenberg (*pro hac vice*)
DAVIS & GILBERT LLP                   *Counsel for Defendant Harry Sporidis*
1740 Broadway
New York, NY 10019
(212) 468-4895  (Phone)
(212) 621-0940  (Fax)

*Counsel for The Washington Group, Inc.*