

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON GROUP, INC.,** <br><br> **Plaintiff,** <br><br> -against- <br><br> **HARRY SPORIDIS,** <br><br> **Defendant.** | No. 1:07-cv-01892-RBW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-entitled action is discontinued with prejudice in its entirety, including all claims for attorneys' fees and costs.

This Stipulation of Dismissal is contingent upon Defendant's payment in full of his obligations under the terms of the parties' Settlement Agreement and Release of All Claims.

It is further ordered that this action shall be, and hereby is DISMISSED with prejudice.

ENTERED: This 19 day of June, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

The parties hereby agree to entry of this Order.

Dated this June ___, 2008

By: _____/s/_____
Elizabeth A. Lalik (Bar No. 447052)
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
(703) 286-3131 (Phone)
(703) 442-8428 (Fax)

David S. Greenberg (*pro hac vice*)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4895 (Phone)
(212) 621-0940 (Fax)

*Counsel for The Washington Group, Inc.*

By: _____/s/_____
Alan D. Strasser
Kathryn S. Zecca
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER, LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
(202) 775-4500 (Phone)
(202) 775-4510 (Fax)

*Counsel for Defendant Harry Sporidis*